| | |
|---|---|
| 1 | David W. Steuber (SBN 58398) |
|   | steuberd@howrey.com |
| 2 | Amy J. Fink (SBN 169213) |
|   | finka@howrey.com |
| 3 | HOWREY LLP |
|   | 550 South Hope Street, Suite 1100 |
| 4 | Los Angeles, California 90071 |
|   | Telephone: (213) 892-1800 |
| 5 | Facsimile: (213) 892-2300 |

Attorneys for Plaintiff
GALLADE CHEMICAL, INC.

W. David Campagne (SBN 111372)
Stephen R. Wong (SBN 186187)
SINNOTT, DITO, MOURA & PUEBLA, P.C.
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Telephone: (415) 352-6200
Facsimile: (415) 352-6224

Attorneys for Defendant American International
Specialty Lines Insurance Company

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority    X
Send        ___
Enter       ___
Closed      ___
JS-5/JS-6   X
JS-2/JS-3   ___
Scan Only   ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GALLADE CHEMICAL, INC., | Case No. SACV09-0883 CJC (RZx) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | Before the Honorable Cormac J. Carney Magistrate Judge Ralph Zarefsky |
| Defendant. | |

HOWREY LLP

[~~PROPOSED~~] ORDER

DM_US:23108325_1

1  The Court has reviewed the Stipulation of Dismissal With Prejudice and, good
2  cause appearing, IT IS HEREBY ORDERED that this matter is dismissed with
3
4  prejudice.
5
6  Dated: *February 19*, 2010
7  _____
   Hon. Cormac J. Carney
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOWREY LLP

-2-
[~~PROPOSED~~] ORDER

DM_US:23108325_1